UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROMEO N. BOLDEN,

        Plaintiff,

                                    CASE NO. 15-CV-11826
v.                              HONORABLE GEORGE CARAM STEEH

JPMORGAN CHASE BANK, N.A.,

        Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pro se plaintiff Romeo Bolden has filed a motion to voluntarily dismiss his employment discrimination complaint (Doc. 14). Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff's motion is GRANTED and this matter is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: January 12, 2016

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 12, 2016, by electronic and/or ordinary mail and also on Romeo Bolden, 3234 Braeburn Dr, Ann Arbor, MI 48108.

s/Barbara Radke
Deputy Clerk